■ In the Matter of STANLEY M. SEIDE (ADMITTED AS STANLEY M. SIEDE), a Disbarred Attorney. [675 NYS2d 279] —Motion granted and the Hearing Panel Report confirmed to the extent of reinstating petitioner as an attorney and counselor-at-law in the State of New York on condition petitioner takes a recognized New York State Bar Examination and Ethics review course, and upon the further order of this Court. No opinion. Concur—Ellerin, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.